STATE of Missouri,
Plaintiff/Respondent,

v.

David JOHNSON, Defendant/Appellant.

No. 60576.

Missouri Court of Appeals,
Eastern District,
Division One.

July 14, 1992.

---

John Klosterman, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

## ORDER

**PER CURIAM.**

Defendant appeals from his conviction by a jury of possession of cocaine. We affirm. We find no error by the trial court and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).